U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

OCT 18 2007

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JAMES B. DOYLE** | * | CIVIL ACTION NO. 2:07-CV-1499 |
| Plaintiff | | |
| **VERSUS** | * | SECTION "LC" |
| **BLUE CROSS BLUE SHIELD OF OF LOUISIANA, INCORPORATED AS** | * | JUDGE JAMES T. TRIMBLE, JR. |
| **LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY** | * | |
| Defendant | * | MAGISTRATE ALONZO P. WILSON |

\* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion,

IT IS ORDERED, ADJUDGED AND DECREED that this matter is stayed pending exhaustion of administrative remedies. The parties are to notify the Court upon completion of the administrative process.

Signed in Chambers at _Alexandria_, Louisiana, on this _18th_ day of _October_, 2007.

_____
Judge, United States District Court
Western District of Louisiana